PAMELA C. McCAA
2393 LOIS LANE
BROWNSVILLE, TX  78520



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CASE NO.  B-17-164

JP MORGAN CHASE BANK, N.A.
Plaintiff,

NOTICE OF REMOVAL UNDER
28 USC, 1331 - 1446

vs.

RONALD D. MCCAA
and PAMELA C. MCCAA
Defendant(s)

To the clerk of the U.S. District Court for the Southern District of Texas :

Please take notice that the Defendant, Pamela C. McCaa, hereby removes to this Court the state court action described below:

Defendant in this case, above referenced, herewith gives notice that this action is removed to the United States District Court for the Southern District of Texas, from the District Court of Cameron County, Texas, 974 E. Harrison, Brownsville, TX, 78520.

Pursuant to 28 U.S.C., section 1441, Defendant further states as follows:

1. That defendant is named as the defendants in a civil action filed in the state court,
2. District Court, 974 E. Harrison, Brownsville, TX 78520.

Titled "JP Morgan Chase Bank, N.A., vs. Ronald D. McCaa, et al", said case is Case No. 2016 – DCL – 07684.

3. The above referenced action was commenced by Plaintiff when Plaintiff filed an Application
4. for Home Equity Foreclosure Order with Notice of Hearing in the aforementioned court, case
5.
6. No. 2016 – DCL – 07684.
7.
8. Defendant was served with the "Notice of Hearing" per the above in the 2nd quarter, 2017.

9. Defendant has not filed pleading(s) in the state court action, whereby this removal
10.
11. action to the USDC is now proper and justified, per both Actuary and Diversity elements.

12. The following activity of said case is attached hereto and incorporated herein by reference:

Exhibit A: Notice of Hearing per Application for Home Equity Foreclosure.

1. . The above mentioned is a civil action of which this court has jurisdiction under 28
2. U.S.C., section 1443 (1): Denial of due process in foreclosure actions -- Pending order of
3.
4. foreclosure and / or rental lease and ejectment (Applicable, alternatively, to a rental unit),
5.
6. in that the rules of evidence and civil procedure are applied without equal protection.

7. The amount in controversy includes up to, but is not limited to, an actuary and diversity
8. exceeding $75,000, and is determined by all USDC Actuary and Diversity requirements.
9.
10.
11. Therefore, this is a civil action over which this court has federal jurisdiction, and the
12.

13.                                                                                                                               3
14.   action is removable to this court pursuant to 28 U.S.C., section 1441(a) through 1446.
15.
Pursuant to the aforementioned, above, the facts of the case are as follows:

A. Plaintiff claims to be the owner of the real property that Defendant lives in as of the time

of the Application for Foreclosure in the latter part of May, 2017, per the subject property

located at 2536 Emma Way, Lawrenceville, GA , 30044,   and seeks to evict defendant

from the real property.

However, no landlord / tenant relationship exists between Plaintiff and Defendant.

Further, plaintiff is claiming that possession to property referenced above can be nullified

by a foreclosure action, however, plaintiff is not a bona fide purchaser, or subsequent

purchaser. to the property due to pending civil actions pertaining to the subject property.

Whereby,

Plaintiff, and plaintiff's attorney,  are not proceeding in the manner required by the

Code of Civil Procedure, and particularly the rules in evidence that state:

viz., Code of Civil Procedure section 128.7 provides that when an attorney or party

presents a pleading, motion or similar paper to the court, an implied "certification" as to its

legal and factual merit is made, and is subject to sanctions for violation of this certification.

Defendant is now stonewalled in trying to bring this and other facts to the court's

attention, as Plaintiff is now moving for foreclosure judgment against Defendants, even

while Defendants have formerly been in negotiations with Plaintiff.

Plaintiff's counsel therefore has, in effect, used their knowledge of the law

in attempting to prevent Defendants from fully and accurately presenting their case.

Defendant is, therefore, being denied her due process right and equal protection

under the 14th Amendment to protect her tenancy.

B.  Further, the rules of evidence prohibit, under objection, evidence from being admitted without authentication, and personal knowledge. Defendants' (Including the ones subject to this removal) rights to equal protection under the law are non-existent in state court unlawful detainer actions.

Therefore, the actions of Counsel for Plaintiff, and the State Court are depriving Defendant of due process of law in that she is being dispossessed of the property, in noncompliance with the express language of the aforementioned referenced statute. The State Court could easily be backed by the appellate department thereby forcing Defendant to continue to fight for her property from outside of her home.

WHEREFORE, Defendant prays that the above action now pending in the District Court, 974 E. Harrison, Brownsville, TX, 78520, and bearing state Case No. 2016 – DCL – 07684, be removed to this court.

*Pamela C McCaa*

Pamela C. McCaa

Defendant, In Pro Per
08/17/2017

| CITATION BY CERTIFIED/REGULAR MAIL/EXPEDITED FORECLOSURE TRCP 736 |
|---|

# THE STATE OF TEXAS

## 2016-DCL-07684-H

TO     Pamela C. McCaa
       2392 Lois Lane
       Brownsville TX  78520

| | | |
|---|---|---|
| JPMorgan Chase Bank, N.A. | § | IN THE 444TH DISTRICT COURT |
| VS | § | OF |
| Ronald D. McCaa | § | CAMERON COUNTY, TEXAS |
| Pamela C. McCaa | | |

**NOTICE TO DEFENDANT:** "You have been sued. You may employ an attorney. If you or your attorney does not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of 38 days after the date you were served this citation and petition, a default judgment may be taken against you."   TRCP. 736

You are hereby commanded to appear by filing a written answer to **Application for an Expedited Order Under Rule 736 on a Home Equity Loan** at or before 10:00 o'clock A.M. on the Monday next after the expiration of 38 days after the date of service of this citation before the Honorable 444th District Court of Cameron County, at the Courthouse in said County in Brownsville, Texas. Said **Application for an Expedited Order Under Rule 736 on a Home Equity Loan** was filed in said court on **November 21, 2016**, in the above entitled cause.

The File Number of Suit Being:   **2016-DCL-07684-H**
The Style of the Case is:        **JPMorgan Chase Bank, N.A. vs. Ronald D. McCaa, Pamela C. McCaa**

The nature of Petitioner's demand is fully shown by a true and correct copy of **Application for an Expedited Order Under Rule 736 on a Home Equity Loan** accompanying this citation and made a part hereof.

Issued and given under my hand and seal of said Court at Brownsville, Texas, on this the 29th day of November, 2016.

ATTORNEY:
**Taylor Lee Harris**
4004 Belt Line Road Suite 100
Addison TX  75001
PHONE: 972-386-5040

Eric Garza
District Clerk
Cameron County, Texas

By: _____
Beatriz Losoya

*EXHIBIT A*

FILED
2016-DCL-07684
11/21/2016 7:42:02 AM
Eric Garza
Cameron County District Clerk
By Cindy Medrano Deputy Clerk
13891421

2016-DCL-07684

CAUSE NO. _____

| | |
|---|---|
| In Re: Order of Foreclosure Concerning<br>2392 LOIS LANE<br>BROWNSVILLE, TX 78520<br><br>Under Tex. R. Civ. P. 736<br><br>Petitioner:<br><br>JPMORGAN CHASE BANK, N.A.<br><br>Respondent(s):<br><br>RONALD D. MCCAA and<br>PAMELA C. MCCAA | IN THE DISTRICT COURT<br><br><br><br><br>OF CAMERON COUNTY, TEXAS<br><br><br>Cameron County - 444th District Court<br><br>_____ JUDICIAL DISTRICT |

## APPLICATION FOR AN EXPEDITED ORDER UNDER RULE 736 ON A HOME EQUITY LOAN

1. Petitioner is JPMorgan Chase Bank, N.A., whose last known address is 7255 Baymeadows Way, Jacksonville, FL 32256.

2. Respondent is:

   Ronald D. McCaa whose last known address is 2392 Lois Lane, Brownsville, Texas 78520.

   Pamela C. McCaa whose last known address is 2392 Lois Lane, Brownsville, Texas 78520.

3. The property encumbered by the loan agreement, contract, or lien sought to be foreclosed is commonly known as 2392 Lois Lane, Brownsville, Texas 78520 with the following legal description:          See "Exhibit A" Attached

Borrower: RONALD D. MCCAA and PAMELA C. MCCAA
Property Address: 2392 LOIS LANE, BROWNSVILLE, TEXAS 78520
County: CAMERON

Page 1 of 4

EXHIBIT A

4. Petitioner alleges:

    A. The type of lien sought to be foreclosed is a Home Equity Lien under Texas Constitution Article XVI, section 50(a)(6). The lien is indexed at Volume 5127, Page 309 and recorded in the real property records of Cameron County, Texas (the "Deed of Trust").

    B. Petitioner has authority to seek foreclosure of the lien because:

        (i) Petitioner is the mortgagee of the security instrument (*See* Texas Property Code § 51.0001(4)).

    C. The name(s) of each Respondent obligated to pay the underlying debt or obligation evidenced by the loan agreement, contract, or lien encumbering the property sought to be foreclosed is Ronald D. McCaa and Pamela C. McCaa.

    D. The name(s) of each Respondent who is a mortgagor of the lien instrument sought to be foreclosed, but who is not a maker or assumer of the underlying debt is NOT APPLICABLE.

    E. As of <u>11/03/2016</u>:

        (i) <u>8</u> monthly payments have not been paid: <u>04/16</u> - <u>11/16</u>. The amount required to cure the default is $<u>16,105.20</u>. According to Petitioner's records, all lawful offsets, payments, and credits have been applied to the account in default.

        (ii) The total amount to pay off the loan agreement, contract, or lien is $<u>128,151.37</u>.

Borrower: RONALD D. MCCAA and PAMELA C. MCCAA
Property Address: 2392 LOIS LANE, BROWNSVILLE, TEXAS 78520
County: CAMERON

EXHIBIT A

    F.    Notice to cure the default has been sent by certified mail to each Respondent who is obligated to pay the underlying debt or obligation. The opportunity to cure has expired.

    G.    Before this application was filed, any other action required to initiate a foreclosure proceeding by Texas law or the loan agreement, contract, or lien sought to be foreclosed was performed.

5.    **Legal action is not being sought against the occupant of the property unless the occupant is named as a Respondent in this application.**

6.    **If Petitioner obtains a court order, Petitioner will proceed with foreclosure of the property in accordance with the applicable law and the terms of the loan agreement contract, or lien sought to be foreclosed.**

7.    The following documents are attached to this application:

    A.    An affidavit or declaration of material facts describing the basis for foreclosure.

    B.    The note, original recorded lien, or other documentation establishing the lien.

    C.    The current assignment of the lien recorded in the real property records of the county where the property is located and the merger documents referencing the merger between Banc One Financial Services, Inc. and JPMorgan Chase Bank, N.A.

    D.    A copy of each default notice required to be mailed to any Respondent under Texas law and the loan agreement, contract, or lien sought to be foreclosed, and the USPS Tracking report, return receipt or other proof demonstrating that a notice was sent by certified mail before this application was filed.

Borrower: RONALD D. MCCAA and PAMELA C. MCCAA
Property Address: 2392 LOIS LANE, BROWNSVILLE, TEXAS 78520
County: CAMERON

Page 3 of 4

*EXHIBIT A*

8. Assert and protect your rights as a member of the armed forces of the United States. **If you or your spouse is serving on active military dnty, including active military duty as a member of the Texas National Gnard or the National Guard of another state or as a member of a reserve component of the armed forces of the United States, please send written notice of the active dnty military service to Petitioner or Petitioner's attorney immediately.**

9. *Prayer for Relief.* Petitioner seeks an expedited order under Rule 736 so that it may proceed with foreclosure in accordance with applicable law and terms of the loan agreement, contract, or lien sought to be foreclosed.

Respectfully submitted,

**BARRETT, DAFFIN, FRAPPIER, TURNER & ENGEL, LLP**

By: _____
Taylor L. Harris (TaylorH@bdfgroup.com)
State Bar No. 24081810
Connie J. Vandergriff (ConnieVa@bdfgroup.com)
State Bar No. 24044550
Jennifer A. Pfieffer (JennifP@bdfgroup.com)
State Bar No. 24081098
4004 Belt Line Road, Suite 100
Addison, Texas 75001
972-386-5040 (Phone)
972-341-0734 (Fax)

**ATTORNEYS FOR PETITIONER**

Borrower: RONALD D. MCCAA and PAMELA C. MCCAA
Property Address: 2392 LOIS LANE, BROWNSVILLE, TEXAS 78520
County: CAMERON

Page 4 of 4

EXHIBIT A

PROOF OF SERVICE BY FIRST CLASS MAIL

COUNTY OF CAMERON, STATE OF TEXAS

I am a citizen of the United States, and a resident of Cameron County, Texas. I am over 18 years of age, and I am not a party to the within entitled action ( Case No. 2016 – DCL - 07684).

On 08/17/2017

I served a copy of the attached, "Notice of Removal", by placing a true copy thereof, enclosed in a sealed envelope with postage fully prepaid, in the United States mail at Brownsville, TX, addressed as follows:

Connie J. Vandergriff, AAL
4004 Beltline Rd., Suite 100
Addison, TX  75001


I declare, to the best of my knowledge and belief, that the foregoing is true and correct.


Signed: *Pamela C M Gaa*


08/17/2017