United States District Court
Southern District of Texas
**ENTERED**
October 04, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., § | |
|    Plaintiff, § | |
| § | |
| V. § | CIVIL NO. B-17-164 |
| § | |
| RONALD D. McCAA AND § | |
| PAMELA C. McCAA, § | |
|    Defendants. § | |

# ORDER

The Fifth Circuit has held that the right of a plaintiff to unilaterally dismiss an action pursuant to Rule 41(a)(1) is inviolate unless an answer or a motion for summary judgement has been filed. *In Re: Amerijet International*, 785 F.3d 967 (5th Cir. 2015). These are the only vehicles by which a defendant may prevent a Rule 41(a)(1) dismissal. *Id.* Here, neither an answer nor a motion for summary judgment has been filed. Therefore, this case is dismissed.

Signed this 4th day of October, 2017.

                                                            Andrew S. Hanen
                                                           United States District Judge